IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZEINA A. MOUSSA, an individual,<br><br>Plaintiff,<br><br>- vs -<br><br>SAFEWAY, INC., a foreign profit corporation; and JAMES CLAYTON and "JANE DOE" CLAYTON, husband and wife, and the marital community composed thereof; and PETRO HAULERS, INC., f/k/a PETRO HAULERS EXPRESS, LLC, a foreign profit corporation,<br><br>Defendants. | NO. 2:24-cv-00281<br><br>ORDER EXTENDING EXPERT DISCLOSURE AND DISCOVERY CUTOFF DEADLINES |

THE MATTER came before the Court on the parties' *Stipulated Motion to Extend Expert Disclosure and Discovery Cutoff Deadlines*. The Court considered the stipulation and records and files herein.

Now, therefore, IT IS HEREBY ORDERED as follows:

1. The stipulated motion is GRANTED.

2. Disclosure of expert testimony under FRCP 26(a)(2) is due November 18, 2024.

3. Discovery must be completed by January 20, 2025.

////

////

////

Order Extending Deadlines
(Cause No. 2:24-cv-00281) - 1 of 2

FURY DUARTE PS
TRIAL LAWYERS

1606 148th Avenue SE
Suite # 200
Bellevue, WA 98007
T: (425) 643-1606
F: (425) 643-2606

4.  Plaintiff Zeina Moussa will make herself available for a rescheduled deposition no later than October 1, 2024.

5.  All other unexpired case deadlines remain unchanged.

DONE IN COURT this 4th day of September 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Presented by:

FURY DUARTE PS

SCOTT DAVID SMITH, WSBA 48108
*Attorney for Plaintiff*

Order Extending Deadlines
(Cause No. 2:24-cv-00281) - 2 of 2



1606 148th Avenue SE
Suite # 200
Bellevue, WA 98007
T: (425) 643-1606
F: (425) 643-2606