1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZEINA A. MOUSSA,
                Plaintiff(s),
    v.

SAFEWAY INC et al.,
                Defendant(s).

CASE NO. C24-00281-KKE

ORDER

      This matter comes before the Court on a stipulated motion to withdraw filed by the plaintiff's counsel. Dkt. No. 17. The Court has considered the stipulation and records and files herein. Thus, under Local Rules W.D. Wash. LCR 83.2(b)(1), the Court GRANTS the motion to withdraw representation (Dkt. No. 17). Scott David Smith and Francisco A. Duarte of Fury Duarte, PS and Preet Kode of the Kode Law Firm are relieved as counsel of record for the plaintiff.

      The clerk is directed to mail copies of this order via U.S. Mail to Plaintiff Zeina A. Moussa at: 800 Seneca Street, Unit 1410, Seattle, WA 98101.

//

//

//

//

//

ORDER - 1

The Court also directs the clerk to mail the plaintiff instructions for electronic filing.

Dated this 13th day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 2