UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZEINA A. MOUSSA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a foreign profit corporation; and JAMES CLAYTON and "JANE DOE" CLAYTON, husband and wife, and the marital community composed thereof; and PETRO HAULERS, INC., f/k/a PETRO HAULERS EXPRESS, LLC, a foreign profit corporation,<br><br>Defendants. | No. 2:24-cv-00281-KKE<br><br>ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS JAMES CLAYTON AND PETRO HAULERS, INC. F/K/A PETRO HAULERS EXPRESS, LLC |

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims asserted by Plaintiff Zeina A. Moussa against Defendants James Clayton and Petro Haulers, Inc. f/k/a Petro Haulers Express, LLC, are hereby dismissed with prejudice and without costs or attorney's fees to any party.

//

//

//

ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS JAMES CLAYTON AND PETRO HAULERS, INC. F/K/A PETRO HAULERS EXPRESS, LLC – 1
CASE NO. 2:24-cv-00281

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNON STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

1  DONE this 23rd day of December, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST ALL
DEFENDANTS JAMES CLAYTON AND PETRO HAULERS, INC. F/K/A PETRO
HAULERS EXPRESS, LLC – 2
CASE NO. 2:24-cv-00281

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNON STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX