1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZEINA A MOUSSA,<br>　　　　　Plaintiff,<br>　v.<br><br>SAFEWAY INC,<br>　　　　　Defendant. | CASE NO. C24-00281-KKE<br><br>ORDER REGARDING SETTLEMENT CONFERENCE |

　　　　On March 31, 2025, Defendant's counsel inquired about the opportunity for a settlement conference before a United States Magistrate Judge to occur before the May 5, 2025 jury trial. Plaintiff's position on this issue is unknown. While such a conference may be possible and would be offered without cost to either party, any such conference is subject to the availability of the Magistrate Judges and will only be ordered with the agreement of both parties. Accordingly, the Court ORDERS the parties to confer and email Courtroom Deputy Diyana Staples (Diyana_staples@wawd.uscourts.gov) by no later than April 7, 2025, confirming that both parties agree to have the case referred to a United States Magistrate Judge for a settlement conference. In the event the parties do not agree, or fail to timely inform Ms. Staples of their agreement, the Court will not refer this matter for a settlement conference.

　　　///

　　　///

　　　///

The Clerk is directed to send uncertified copies of this Order to any party appearing pro se at said party's last known address and to all parties by email.

Dated this 2nd day of April, 2025.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge